946

No. 78–6720. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6724. REEVES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6725. RISCO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6726. HOWARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–6734. DOLLIOLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–6746. LEWIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–6747. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–25. BROKENLEG v. BUTTS ET UX. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Motions of Rosebud Sioux Tribe, American Academy of Child Psychiatry, and National Indian Youth Council, Inc., et al., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 78–685. ABERDEEN & ROCKFISH RAILROAD CO. ET AL. v. UNITED STATES ET AL. C. A. D. C. Cir. Motions of PPG Industries, Fort Howard Paper Co., and Allied Chemical Corp. et al. for leave to intervene denied. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions and this petition.

No. 78–1399. CHICAGO-MIDWEST MEAT ASSN. v. CITY OF EVANSTON ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.